1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9     **CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

10

11    SHAWN LIONEL LEWIS,              )        Case No. CV 08-4505-GW (JWJ)
                                       )
12                  Petitioner,        )         ORDER ADOPTING
                                       )    REPORT AND RECOMMENDATION
13          vs.                        )              OF
                                       )        UNITED STATES
14    THE PEOPLE OF CALIFORNIA,        )      MAGISTRATE JUDGE
                                       )
15                  Respondent.        )
                                       )
16    _____  )

17          Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition for

18    Writ of Habeas Corpus and other papers along with the attached Report and

19    Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u>

20    determination of the Report and Recommendation ("R&R").  The R&R is adopted

21    except as to page 2, line 19 citation and accompanying footnote #1.

22          IT IS ORDERED that a Judgment be issued dismissing the instant Petition for

23    Writ of Habeas Corpus without prejudice.

24    ///

25    ///

26    ///

27    ///

28    ///

      ///

1         IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this

2    Order and the Judgment of this date on the petitioner and counsel for respondent.

3

4    DATED: November 5, 2009

5    _____

6                 GEORGE H. WU
             United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28