# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| SHAWN LIONEL LEWIS | Case No. CV 08-4505-GW (JWJ) |
| Petitioner, | JUDGMENT |
| vs. | |
| THE PEOPLE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus without prejudice.

DATED: November 5, 2009

_____

GEORGE H. WU

United States District Judge